**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. KEENER,<br><br>        Plaintiff,<br><br>   v.<br><br>MEDIA BREAKAWAY, LLC<br>D/B/A AFFILATE.COM,<br>DYNAMIC DOLPHIN, INC,<br>STEVEN RICHTER, SCOTT<br>RICHTER, CAROL RICHTER,<br>AND DOES 1-100,<br><br>        Defendants. | Case No. EDCV 11-01194 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed on September 20, 2011, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 27, 2011

                                        VIRGINIA A. PHILLIPS
                                  United States District Judge